UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOCUMENTS SERVED WITH DOCKET #: 07 Civ. 7485

RALPH TANCREDI,

                                    Plaintiff,

    v.

DAVID HALL, individually, VINCENT MUSSOLINO, individually, and EDWARD LUCAS, individually,

                                    Defendants.

STATE OF: NEW YORK
COUNTY OF WESTCHESTER ss

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York On 8/24/07 at 8:20 a.m.    .deponent did serve the within process as follows:

Process Served: Summons, Complaint and Electronic filing rules

Party Served: Edward Lucas

At Location: 650 North Street, Harrison, New York 10528

    By delivering to and leaving with the Desk Sergeant and that deponent knew the person so served to be authorized to accept service.

On September 4, 2007, deponent completed service by depositing a copy of the summons, complaint and electronic filing rules to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

Jonathan Lovett

Sworn to before me this
5/4th day of September, 2007

Notary Public

ANN B. FRANK
Notary Public, State of New York
No. 01FR5022348
Qualified in Westchester County
Commission Expires January 10, 20 /0

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOCUMENTS SERVED WITH DOCKET #: 07 Civ. 7485


RALPH TANCREDI,

                                        Plaintiff,

        v.


DAVID HALL, individually, VINCENT MUSSOLINO, individually, and EDWARD LUCAS, individually,


                                        Defendants.


STATE OF: NEW YORK
COUNTY OF WESTCHESTER ss


The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York On 8/24/07 at 8:20 a.m.      deponent did serve the within process as follows:

Process Served: Summons, Complaint and Electronic filing rules

Party Served: Vincent Mussolino

At Location: 650 North Street, Harrison, New York 10528

   By delivering to and leaving with the Desk Sergeant and that deponent knew the person so served to be authorized to accept service.

On September 4, 2007, deponent completed service by depositing a copy of the summons, complaint and electronic filing rules to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.


                                                                        Jonathan Lovett

Sworn to before me this
5 4ᵗʰ day of September, 2007

Notary Public

        ANN B. FRANK
Notary Public, State of New York
        No. 01FR5022348
   Qualified in Westchester County
Commission Expires January 10, 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOCUMENTS SERVED WITH DOCKET #: 07 Civ. 7485

RALPH TANCREDI,

                                        Plaintiff,

    v.

DAVID HALL, individually, VINCENT MUSSOLINO, individually, and EDWARD LUCAS, individually,

                                        Defendants.

STATE OF: NEW YORK
COUNTY OF WESTCHESTER ss

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 8/24/07 at 8:20 a.m.,    deponent did serve the within process as follows:

Process Served: Summons, Complaint and Electronic filing rules

Party Served: David Hall

At Location: 650 North Street, Harrison, New York 10528

    By delivering to and leaving with the Desk Sergeant and that deponent knew the person so served to be authorized to accept service.

On September 4, 2007, deponent completed service by depositing a copy of the summons, complaint and electronic filing rules to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

                                                                    Jonathan Lovett

Sworn to before me this
4th day of September, 2007

Notary Public

ANN B. FRANK
Notary Public, State of New York
No. 01FR5022348
Qualified in Westchester County
Commission Expires January 10, 2010