**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------- X
RALPH TANCREDI,

                                 Plaintiff,
   -against-

DAVID HALL, individually, VINCENT
MUSSOLINO, individually, EDWARD
LUCAS, individually, RICHARD "DOE"
and LAWRENCE "DOE",

                               Defendants.
---------------------------------------------------------- X

STIPULATION
EXTENDING THE
DEFENDANTS' TIME TO
ANSWER OR
OTHERWISE RESPOND
TO THE COMPLAINT

07 Civ. 7485 (WCC)

ECF CASE

It is hereby stipulated between the attorneys for the parties in the above-captioned matter, that the Defendants' time to serve their answer or otherwise respond to the complaint is extended up until October 16, 2007.

Dated: September 7, 2007

Jonathan Lovett (4854)
LOVETT & GOULD, LLP
Attorneys for Plaintiff
222 Bloomingdale Road
White Plains, New York 10605
(914) 428-8401

Mark N. Reinharz (6201)
Bond, Schoeneck & King, PLLC
Attorneys for Defendants
1399 Franklin Avenue
Suite 200
Garden City, New York 11530
(516) 267-6320

SO ORDERED: Dated: White Plains, NY
September 17, 2007

William C. Conner
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

57723.1 9/6/2007

E-
COPIES MAILED TO COUNSEL OF RECORD for π
+ MAILED TO Δs' COUNSEL