Conner, J



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RALPH TANCREDI,

                              Plaintiff,

         -against-

DAVID HALL, individually, VINCENT
MUSSOLINO, individually, EDWARD
LUCAS, individually, RICHARD "DOE"
and LAWRENCE "DOE",

                             Defendants.
------------------------------------------------------------X

STIPULATION
EXTENDING THE
DEFENDANTS' TIME TO
ANSWER OR
OTHERWISE RESPOND
TO THE COMPLAINT AND ORDER

07 Civ. 7485 (WCC)

ECF CASE

It is hereby stipulated between the attorneys for the parties in the above-captioned matter, that the Defendants' time to serve their answer or otherwise respond to the complaint is extended up until November 19, 2007.

Dated: October 10, 2007

_____
Jonathan Lovett (4854)
LOVETT & GOULD, LLP
Attorneys for Plaintiff
222 Bloomingdale Road
White Plains, New York 10605
(914) 428-8401

_____
Mark N. Reinharz (6201)
Bond, Schoeneck & King, PLLC
Attorneys for Defendants
1399 Franklin Avenue
Suite 200
Garden City, New York 11530
(516) 267-6320

SO ORDERED:

Sr. _____
William C. Conner
U.S.D.J.

dated: October 19, 2007
White Plains, NY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

58023.1 10/10/2007

E-
COPIES MAILED TO COUNSEL OF RECORD for II
and MAILED TO Δs' COUNSEL