UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
RALPH TANCREDI,

                 Plaintiff,

-against-

DAVID HALL, individually, VINCENT
MUSSOLINO, individually, EDWARD
LUCAS, individually, RICHARD "DOE"
and LAWRENCE "DOE",

                 Defendants.
------------------------------------X

**07 Civ. 7485 (WCC)**

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that upon the annexed affidavits of Anthony Marraccini, Vincent Musollino, Edward Lucas and Joshua Clark, and exhibits thereto and Memorandum of Law and all other papers filed herein, the Defendants, David Hall, Vincent Musollino, Edward Lucas and Town/Village of Harrison, by their attorneys, Bond Schoeneck & King, PLLC, will move before this Court before the Honorable William C. Conner, United States District Court Judge for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601 on a date and time to be determined by the Court for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing the complaint and/or an order granting the individual defendants immunity from suit and any other relief this Court deems appropriate, equitable and proper.

58622.1

PLEASE TAKE FURTHER NOTICE that any answering papers must be filed by January 7, 2008. Any reply shall be filed on or before January 17, 2008.

Dated: Garden City, New York
       December 10, 2007

                                          Respectfully submitted,

                                          Bond, Schoeneck & King, PLLC

                                          By:     s/Mark N. Reinharz
                                                 Mark N. Reinharz (6201)
                                                 Attorneys for Defendants,
                                                 1399 Franklin Avenue
                                                 Suite 200
                                                 Garden City, New York 11530
                                                 (516) 267-6320

To:

Jonathan Lovett, Esq.
Lovett & Gould, LLP
222 Bloomingdale Road
White Plains, NY 10605

2

58622.1

# CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2007, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules on Electronic service upon the following parties and participants:

Jonathan Lovett, Esq.
222 Bloomingdale Road
White Plains, New York  10605
Attorney for Plaintiffs

                                                s/   Mark N. Reinharz
                                                  Mark N. Reinharz (6201)
                                              Bond, Schoeneck & King, PLLC
                                              Attorneys for Defendants
                                              1399 Franklin Avenue, Suite 200
                                              Garden City, New York  11530