# EXHIBIT "5"

TOWN OF HARRISON N.Y. POLICE
DEPOSITION OF WITNESS
TO ACCOMPANY COMPLAINT OR INFORMATION
SEC. 100.20 CPL

REPORT # _____
DATE _____
PAGE _1_ OF _1_

NOTICE : FALSE STATEMENTS MADE HERIN ARE PUNISHABLE AS A CLASS A MISDEMENAOR PURSUANT TO SECTION 210.45 OF THE PENAL LAW.

STATE OF NEW YORK, COUNTY OF WESTCHESTER, TOWN/VILLAGE OF HARRISON
SS.

**Sofia Saenz      09/21/81**
(DEPONENT PRINT NAME AND DATE OF BIRTH), STATES AS FOLLOWS

At 9:00 pm Josh and I were leaving Annie's Cafe. Ralph drove by at the same moment. He stopped the car and got out. Ralph kept on asking to talk to me. I asked Josh to wait for me to talk to Ralph. Ralph got jealous that I had to ask Josh and started saying that I shouldn't ask for permission. Ralph was getting upset. He kept saying that he wanted to talk to me but I said it wasn't a good idea. Josh wanted me to go inside the restaurant and when he touched my hand to lead me in, Ralph pushed his hand telling him not to touch me. Josh didn't like it and went to his car and took a bat. They started yelling and cursing at each other. I thought they were going to fight so I went in the restaurant. Police came.

SWORN TO BEFORE ME THIS _____ DAY OF _____ 20___

_____
SIGNATURE

_____
TITLE

SIGNATURE: [signature]
ADDRESS: 150 Woodside Ave
(STREET OR RURAL ROUTE)
West Harrison NY 10604
(POST OFFICE, STATE, ZIP CODE)
Home: 9149466902  Work: _____
(TELEPHONE)

**NOTE : THIS FORM NEED BE SWORN ONLY IF COURT SPECIFICALLY REQUIRES OATH.

**EXHIBIT "6"**

# CLARK DVD

# EXHIBIT "7"

TOWN COURT:  HARRISON, N.Y.
COUNTY OF WESTCHESTER: STATE OF NEW YORK

THE PEOPLE OF THE STATE OF NEW YORK
---- Against -----

    Ralph Tancredi    03/20/1965                   Violation

    177 Harrison Avenue 2nd Floor

    Harrison, New York 10528
                   Defendant

Be it known that the complainant herein Joshua D. Clark   D.O.B. 06/30/1981

Of _____1052 Rushmore Avenue Mamaroneck N.Y. 10543_____ accuses the defendant named above of the following offenses committed at _____235 Harrison Avenue_ in the Town of Harrison, N.Y. on the_8_ day of__August_ 20_07_ at about__2118_hrs_ o'clock_PM_
COUNT ONE: The offense of __Harassment in the second degree_ in violation of Section__240.26_ sub._1_of the Penal Law , which is a violation,_X_ misdemeanor____
or a _____ felony.
COUNT TWO: _____in violation of
section _____ sub. _____ of the penal law which is a violation, ____ misdemeanor _____
or a _____ felony.
COUNT THREE: The offense of _____ in violation of
section _____ subd. _____ of the penal law which is a violation, _____ misdemeanor _____
or a _____ felony.
And, in support of the foregoing, your complainant under penalty of section 210.45 of the penal law states as follows
COUNT ONE  -- A person is guilty of harassment in the second degree when, with intent to harass, annoy or alarm another person :  He or she strikes, shoves, kicks or otherwise subjects such other person to physical contact, or attempts or threatens to do the same.

TO WIT-- At the above date and time above named defendant did intentionally harass, annoy, and alarm above noted complainant. Defendant did push, shove and slap complainant in an aggressive manner causing complainant to fear for his safety and the safety of a third person. Due to the physical harassment complainant sustained redness to his left wrist area and has substantial pain.

The above allegations of fact are made by the complainant herein on direct knowledge (and upon information and belief),
With the sources of complainant's information and the grounds for his belief being

                   Police Investigation

NOTICE  PURSUANT TO THE PENAL LAW. SECTION 210.45. IT IS A CRIME PUNISHABLE AS A CLASS A MISDEMEANOR TO KNOWINGLY MAKE A FALSE STATEMENT HEREIN.

    08/08/2007
      DATED                                                        SIGNED

                                                    Joshua D Clark DOB 06/30/1981
                                                            PRINTED

**EXHIBIT "8"**

ORI No: NY059661J
Order No: _____
NYSID No: _____

At a term of the Harris_
at the Courthouse at (addres_

OFFICE OF THE
DISTRICT ATTORNEY
WESTCHESTER COUNTY

Present: Hon JUDGE VOETSCH _____,

BARBARA MASELLI EGENHAUSI
ASSISTANT DISTRICT ATTORNEY
SPECIAL PROSECUTIONS DIVISION
CHIEF DOMESTIC VIOLENCE BUREAU

People of the State of New York
- -against-

RALPH TANCREDI
Defendant

111 DR. MARTIN LUTHER KING JR. BLVD.      914-995-30
WHITE PLAINS, NY 10601                    FAX: 914-995-34

Date of Birth: 03-20-1965

Charges _____
(Check one):  ☒ Ex parte
              ☐ Defendant Present in Cou_

NOTICE: YOUR FAILURE TO OBEY THIS ORDER MAY SUBJECT YOU TO MANDATORY ARREST AND CRIMINAL PROSECUTION, WHICH MAY RESULT IN YOUR INCARCERATION FOR UP TO SEVEN YEARS FOR CONTEMPT OF COURT. IF THIS IS A TEMPORARY ORDER OF PROTECTION AND YOU FAIL TO APPEAR IN COURT WHEN YOU ARE REQUIRED TO DO SO, THIS ORDER MAY BE EXTENDED IN YOUR ABSENCE AND CONTINUE IN EFFECT UNTIL YOU REAPPEAR IN COURT.

☒ TEMPORARY ORDER OF PROTECTION. Whereas good cause has been shown for the issuance of a temporary order o_ protection [as a condition of ☐ recognizance ☐ release on bail ☐ adjournment in contemplation of dismissal],
☐ ORDER OF PROTECTION. Whereas defendant has been convicted of [specify crime or violation]: _____

and the Court having made a determination in accordance with section 530.13 of the Criminal Procedure Law,
IT IS HEREBY ORDERED that the above-named defendant observe the following conditions of behavior:
(Check applicable paragraphs and subparagraphs):
☒ Stay away from ☒ [name(s) of protected person(s) or witness(es)]: SOFIA SAENZ 09-21-81
   and/or from the ☒ home of
                   ☒ school of
                   ☒ business of
                   ☒ place of employment of
                   ☒ other
☒ Refrain from communication or any other contact by mail, telephone, e-mail, voice-mail or other means with [specify protected person(s)]: SOFIA SAENZ 09-21-81
☒ Refrain from assault, stalking, harassment, menacing, reckless endangerment, disorderly conduct, intimidation, threats or any criminal offense or interference with the victim or victims of, or designated witnesses to, the alleged offense and such members of the family or household of such victim(s) or witness(es) as shall be specifically named [specify]: SOFIA SAENZ 09-21-81
☒ Surrender any and all handguns, pistols, revolvers, rifles, shotguns and other firearms owned or possessed, including, but not limited to, the following: _____. Such surrender shall take place immediately, but no later than [specify date/time]: _____ at: _____
☒ Specify other conditions defendant must observe: NO COMMUNICATIONS WITH PROTECTED IN ANY WAY

IT IS FURTHER ORDERED that the above-named Defendant's license to carry, possess, repair, sell or otherwise dispose of a firearm or firearms, if any, pursuant to Penal Law §400.00, is hereby ☐ suspended or ☐ revoked (note: final order only), and/or ☐ the Defendant shall remain ineligible to receive a firearm license during ___ the period of this order (Check all applicable boxes). NOTE: If this paragraph is checked, a copy of this form must be sent to: New York State Police, Pistol Permit Section, State Campus Building #22, 1220 Washington Avenue, Albany, New York 12226-2252.

IT IS FURTHER ORDERED that this order of protection shall remain in effect until 08-17-07

DATED: 08-10-07

_____
JUDGE / JUSTICE
COURT (COURT SEAL)

☐ Defendant advised in Court of issuance of Order.
  Received by Defendant _____
                         (signature)
☒ Service Executed   Date: 8/10/07   Time: 1355 hrs   ☐ Warrant issued for Defendant

ORI No: NY059661J
Order No: _____
NYSID No: _____

At a term of the **Harrison** Court County of **Westchester**
at the Courthouse at (address) **Heineman Place**     State of New York

Criminal Form 2   10/02

Present: Hon **JUDGE VOETSCH**, _____

**ORDER OF PROTECTION**
Non-Family Offense – C.P.L. 530.13[1]
(Not involving victims of domestic violence)
☐ Youthful Offender (check if applicable)

People of the State of New York
    -against-

**RALPH TANCREDI**
    Defendant
Date of Birth: **03/20/1965**

Part ___ Index/Docket No. _____
Indictment No., if any: _____
Charges _____
(Check one):   ☐ Ex parte
               ☐ Defendant Present in Court

NOTICE: YOUR FAILURE TO OBEY THIS ORDER MAY SUBJECT YOU TO MANDATORY ARREST AND CRIMINAL PROSECUTION, WHICH MAY RESULT IN YOUR INCARCERATION FOR UP TO SEVEN YEARS FOR CONTEMPT OF COURT. IF THIS IS A TEMPORARY ORDER OF PROTECTION AND YOU FAIL TO APPEAR IN COURT WHEN YOU ARE REQUIRED TO DO SO, THIS ORDER MAY BE EXTENDED IN YOUR ABSENCE AND CONTINUE IN EFFECT UNTIL YOU REAPPEAR IN COURT.

☑ **TEMPORARY ORDER OF PROTECTION.** Whereas good cause has been shown for the issuance of a temporary order of protection [as a condition of ☐ recognizance ☐ release on bail ☐ adjournment in contemplation of dismissal],
☐ **ORDER OF PROTECTION.** Whereas defendant has been convicted of [specify crime or violation]: _____

and the Court having made a determination in accordance with section 530.13 of the Criminal Procedure Law,
IT IS HEREBY ORDERED that the above-named defendant observe the following conditions of behavior:
(Check applicable paragraphs and subparagraphs):

☑ Stay away from ☑ [name(s) of protected person(s) or witness(es)]: _____
    and/or from the ☑ home of _____
                   ☑ school of _____
                   ☑ business of _____
                   ☑ place of employment of **JOSHUA D. CLARK**
                   ☑ other _____

☑ Refrain from communication or any other contact by mail, telephone, e-mail, voice-mail or other means with [specify protected person(s)]: **JOSHUA D. CLARK**;

☑ Refrain from assault, stalking, harassment, menacing, reckless endangerment, disorderly conduct, intimidation, threats or any criminal offense or interference with the victim or victims of, or designated witnesses to, the alleged offense and such members of the family or household of such victim(s) or witness(es) as shall be specifically named [specify]: **JOSHUA D. CLARK**;

☑ Surrender any and all handguns, pistols, revolvers, rifles, shotguns and other firearms owned or possessed, including, but not limited to, the following: _____. Such surrender shall take place immediately, but no later than [specify date/time]: _____ at: _____.

☑ Specify other conditions defendant must observe: **NO COMMUNICATIONS WITH COMPLAINANT IN ANY WAY.**

IT IS FURTHER ORDERED that the above-named Defendant's license to carry, possess, repair, sell or otherwise dispose of a firearm or firearms, if any, pursuant to Penal Law §400.00, is hereby ☐ suspended or ☐ revoked (note: final order only), and/or ☐ the Defendant shall remain ineligible to receive a firearm license during the period of this order. (Check all applicable boxes). NOTE: If this paragraph is checked, a copy of this form must be sent to: New York State Police, Pistol Permit Section, State Campus Building #22, 1220 Washington Avenue, Albany, New York 12226-2252.

IT IS FURTHER ORDERED that this order of protection shall remain in effect until **AUGUST 17th 2007**

DATED: **August 8th 2007**
                                    JUDGE/JUSTICE **JOHN M VOETSCH**
                                    COURT (COURT SEAL)

☐ Defendant advised in Court of issuance of Order.
    Received by Defendant _____
        (signature)
☑ Service Executed  Date: **8/9/07**  Time: **1525**    ☐ Warrant issued for Defendant

The Criminal Procedure Law provides that presentation of a copy of this order of protection to any police officer or peace

ORI No: NY059661J
Order No: _____
NYSID No: _____

At a term of the __Harrison__ Court County of __Westchester__
at the Courthouse at (address) __Heineman Place__
State of New York

Criminal Form 2  10/02

Present: Hon __JUDGE VOETSCH__

**ORDER OF PROTECTION**
Non-Family Offense – C.P.L. 530.13¹
(Not involving victims of domestic violence)
☐ Youthful Offender (check if applicable)
Part ____ Index/Docket No. ____

People of the State of New York
-against-

__RALPH TANCREDI__
Defendant

Date of Birth: 03/20/1965

Indictment No., if any: ____
Charges ____
(Check one):  ☐ Ex parte
☐ Defendant Present in Court

**NOTICE: YOUR FAILURE TO OBEY THIS ORDER MAY SUBJECT YOU TO MANDATORY ARREST AND CRIMINAL PROSECUTION, WHICH MAY RESULT IN YOUR INCARCERATION FOR UP TO SEVEN YEARS FOR CONTEMPT OF COURT. IF THIS IS A TEMPORARY ORDER OF PROTECTION AND YOU FAIL TO APPEAR IN COURT WHEN YOU ARE REQUIRED TO DO SO, THIS ORDER MAY BE EXTENDED IN YOUR ABSENCE AND CONTINUE IN EFFECT UNTIL YOU REAPPEAR IN COURT.**

☒ TEMPORARY ORDER OF PROTECTION. Whereas good cause has been shown for the issuance of a temporary order of protection [as a condition of ☐ recognizance ☐ release on bail ☐ adjournment in contemplation of dismissal],
☐ ORDER OF PROTECTION. Whereas defendant has been convicted of [specify crime or violation]: ____

and the Court having made a determination in accordance with section 530.13 of the Criminal Procedure Law,
IT IS HEREBY ORDERED that the above-named defendant observe the following conditions of behavior:
(Check applicable paragraphs and subparagraphs):

☒ Stay away from ☒ [name(s) of protected person(s) or witness(es)]: ____
and/or from the
☒ home of ____
☒ school of ____
☒ business of ____
☒ place of employment of __JOSHUA D. CLARK__
☒ other ____

☒ Refrain from communication or any other contact by mail, telephone, e-mail, voice-mail or other means with [specify protected person(s)]: __JOSHUA D. CLARK__

☒ Refrain from assault, stalking, harassment, menacing, reckless endangerment, disorderly conduct, intimidation, threats or any criminal offense or interference with the victim or victims of, or designated witnesses to, the alleged offense and such members of the family or household of such victim(s) or witness(es) as shall be specifically named [specify]: __JOSHUA D. CLARK__

☒ Surrender any and all handguns, pistols, revolvers, rifles, shotguns and other firearms owned or possessed, including, but not limited to, the following: ____ . Such surrender shall take place immediately, but no later than [specify date/time]: ____ at: ____

☒ Specify other conditions defendant must observe: __NO COMMUNICATIONS WITH COMPLAINANT IN ANY WAY.__

IT IS FURTHER ORDERED that the above-named Defendant's license to carry, possess, repair, sell or otherwise dispose of a firearm or firearms, if any, pursuant to Penal Law §400.00, is hereby ☐ suspended or ☐ revoked (note: final order only), and/or ☐ the Defendant shall remain ineligible to receive a firearm license during ____ the period of this order. (Check all applicable boxes). NOTE: If this paragraph is checked, a copy of this form must be sent to: New York State Police, Pistol Permit Section, State Campus Building #22, 1220 Washington Avenue, Albany, New York 12226-2252.

IT IS FURTHER ORDERED that this order of protection shall remain in effect until __AUGUST 17TH 2007__

DATED: __AUGUST 8TH 2007__

_____
JUDGE/JUSTICE __JOHN M VOETSCH__
COURT (COURT SEAL)

☐ Defendant advised in Court of Issuance of Order.
Received by Defendant ____
(signature)

☒ Service Executed  Date: __8/9/07__  Time: __1525__    ☐ Warrant issued for Defendant

# EXHIBIT "9"

ORI No: NY059-07485                                                                    Criminal Form 2  10/02
Order No: _____   At a term of the Harrison Court County of Westchester
NYSID No: _____   at the Courthouse at (address) Heineman Place, State of New York

Present: Hon. **Marc J. Lust**

                                                        ORDER OF PROTECTION
                                                        Non-Family Offense – C.P.L. 530.13[1]
People of the State of New York                         (Not involving victims of domestic violence)
   -against-                                            ☐ Youthful Offender (check if applicable)
                                                        Part ____ Index/Docket No. 07CR-0623
**Ralph A. Tancredi**                                   Indictment No., if any: _____
        Defendant                                       Charges **Harassment and**
Date of Birth: **3/20/65**                              (Check one):    ☐ Ex parte
                                                                        ☒ Defendant Present in Court

NOTICE: YOUR FAILURE TO OBEY THIS ORDER MAY SUBJECT YOU TO MANDATORY ARREST AND CRIMINAL PROSECUTION, WHICH MAY RESULT IN YOUR INCARCERATION FOR UP TO SEVEN YEARS FOR CONTEMPT OF COURT. IF THIS IS A TEMPORARY ORDER OF PROTECTION AND YOU FAIL TO APPEAR IN COURT WHEN YOU ARE REQUIRED TO DO SO, THIS ORDER MAY BE EXTENDED IN YOUR ABSENCE AND CONTINUE IN EFFECT UNTIL YOU REAPPEAR IN COURT.

☒ TEMPORARY ORDER OF PROTECTION. Whereas good cause has been shown for the issuance of a temporary order of protection [as a condition of ☐ recognizance ☐ release on bail ☐ adjournment in contemplation of dismissal],
☐ ORDER OF PROTECTION. Whereas defendant has been convicted of [specify crime or violation]: _____

and the Court having made a determination in accordance with section 530.13 of the Criminal Procedure Law,
IT IS HEREBY ORDERED that the above-named defendant observe the following conditions of behavior:
(Check applicable paragraphs and subparagraphs):

☒ Stay away from ☒ [name(s) of protected person(s) or witness(es)]: **Sofia Saenz dob 9/21/81**
    and/or from the ☒ home of _____ "
                   ☒ school of _____ "
                   ☒ business of _____ "
                   ☒ place of employment of _____ "
                   ☒ other _____ "

☒ Refrain from communication or any other contact by mail, telephone, e-mail, voice-mail or other means with [specify protected person(s)]: **Sofia Saenz  9/21/81**

☒ Refrain from assault, stalking, harassment, menacing, reckless endangerment, disorderly conduct, intimidation, threats or any criminal offense or interference with the victim or victims of, or designated witnesses to, the alleged offense and such members of the family or household of such victim(s) or witness(es) as shall be specifically named [specify]: **Sofia Saenz  9/21/81**

☒ Surrender any and all handguns, pistols, revolvers, rifles, shotguns and other firearms owned or possessed, including, but not limited to, the following: **Harrison P.D.** _____. Such surrender shall take place immediately, but no later than [specify date/time]: _____ at: _____

☐ Specify other conditions defendant must observe: _____

IT IS FURTHER ORDERED that the above-named Defendant's license to carry, possess, repair, sell or otherwise dispose of a firearm or firearms, if any, pursuant to Penal Law §400.00, is hereby ☐ suspended or ☐ revoked (note: final order only), and/or ☐ the Defendant shall remain ineligible to receive a firearm license during the period of this order. (Check all applicable boxes). NOTE: If this paragraph is checked, a copy of this form must be sent to: New York State Police, Pistol Permit Section, State Campus Building #22, 1220 Washington Avenue, Albany, New York 12226-2252.

IT IS FURTHER ORDERED that this order of protection shall remain in effect until **02/24/08**.
DATED: **8/24/07**
                                                     _____
                                                     JUDGE / JUSTICE
                                                     COURT (COURT SEAL)
☒ Defendant advised in Court of issuance of Order.
  Received by Defendant _____
                        (signature)
☐ Service Executed Date: _____ Time: _____    ☐ Warrant issued for Defendant

The Criminal Procedure Law provides that presentation of a copy of this order of protection to any police officer or peace officer acting pursuant to his or her special duties shall authorize, and in some situations may require, such officer to arrest a defendant who has violated its terms and to bring him or her before the Court to face whatever penalties may be imposed therefor.

Federal law provides that this order must be honored and enforced by state and tribal courts, including courts of a state, the District of Columbia, a commonwealth, territory or possession of the United States, if it is established that the person against whom the order is sought an intimate partner of the protected party and has been or will be afforded reasonable notice and opportunity to be heard in accordance with state law sufficient to protect that person's rights (18 U.S.C. §§2265, 2266).

It is a federal offense to: cross state lines to violate an order of protection; cross state lines to engage in stalking, harassment or domestic violence; possess, purchase, ship, transfer or receive a handgun, rifle, shotgun or other firearm or ammunition following a conviction of a domestic violence misdemeanor involving the use or attempted use of physical force or a deadly weapon; or (except for military or law enforcement officers while on duty) possess, purchase, ship, transfer or receive a handgun, rifle, shotgun or other firearm or ammunition while an order of protection, issued after notice and an opportunity to be heard, that protects an intimate partner from assault, harassment, threatening and/or stalking, remains in effect (18 U.S.C. §§922(g)(8), 922(g)(9), 2261, 2261A, 2262).

---

[1] Use this form for non-family offense orders of protection, issued pursuant to CPL §530.13, that are not issued to protect victims of domestic violence, as defined by Social Services Law §459-a and thus are not entered onto the statewide domestic violence registry. See Exec. L. §221-a(1); CPL §530.13.

| | |
|---|---|
| ORI No: NY0596611J | Criminal Form 2  10/02 |
| Order No: | At a term of the Harrison Court, County of Westchester |
| NYSID No: 88606980 | at the Courthouse at Harrison Town Court, State of New York |

**PRESENT:** Hon. Marc J. Lust

ORDER OF PROTECTION
Family Offenses - C.P.L. 530.12
Other Domestic Violence Crimes - C.P.L. 530.13
☐ Youthful Offender (check if applicable)

PEOPLE OF THE STATE OF NEW YORK

Part: _____  Index/Docket No: 07090630
Indictment No if any: 07090632
Charges: Criminal Contempt 2nd PL 215.50(3)
Menacing 120.15
— against — Petit Larceny 155.25
☐ Ex Parte  Harassment 240.26
☒ Defendant Present In Court
(check one)

Ralph A. Tancredi, Defendant
Date of Birth: 03/20/1965

NOTICE: YOUR FAILURE TO OBEY THIS ORDER MAY SUBJECT YOU TO MANDATORY ARREST AND CRIMINAL PROSECUTION WHICH MAY RESULT IN YOUR INCARCERATION FOR UP TO SEVEN YEARS FOR CONTEMPT OF COURT. IF THIS IS A TEMPORARY ORDER OF PROTECTION AND YOU FAIL TO APPEAR IN COURT WHEN YOU ARE REQUIRED TO DO SO, THIS ORDER MAY BE EXTENDED IN YOUR ABSENCE AND CONTINUE IN EFFECT UNTIL YOU REAPPEAR IN COURT.

☒ **TEMPORARY ORDER OF PROTECTION** - Whereas good cause has been shown for the issuance of a temporary order of protection [as a condition of ☐ recognizance ☐ release on bail ☐ adjournment in contemplation of dismissal]
☐ **ORDER OF PROTECTION** - Whereas defendant has been convicted of [specify crime or violation]: _____

And the Court having made a determination in accordance with section CPL 530.12 of the Criminal Procedure Law,

IT IS HEREBY ORDERED that the above-named defendant observe the following conditions of behavior:
(Check Applicable Paragraphs and Subparagraphs)

[01]☒ Stay away from [A] ☒ [name(s) of protected person(s) or witnesses(s)]: Sofia Saenz dob 09/21/1981 and/or from the
  [B] ☒ home of  Sofia Saenz dob 09/21/1981  , [C] ☒ school of  Sofia Saenz dob 09/21/1981  ,
  [D] ☒ business of  Sofia Saenz dob 09/21/1981  , [E] ☒ place of employment of  Sofia Saenz dob 09/21/1981  ,
  [F] ☒ other  Sofia Saenz dob 09/21/1981  ,
[14] ☒ Refrain from communication or any other contact by mail, telephone, e-mail, voice-mail or other means with [specify protected persons]: Sofia Saenz dob 09/21/1981
[02] ☒ Refrain from assault, stalking, harassment, menacing, reckless endangerment, disorderly conduct, intimidation, threats, or any criminal offense against [specify name(s) of protected person(s), members of protected person's family or household, or person(s) with custody of child(ren)]: Sofia Saenz dob 09/21/1981
[11] ☐ Permit [specify individual]: _____ to enter the residence at [specify]: _____ during [specify date/time]: _____ with [specify law enforcement agency, if any]: _____ to remove personal belongings not in issue in litigation [specify items]: _____
[04] ☐ Refrain from [indicate acts]: _____ that create an unreasonable risk to the health, safety, or welfare of [specify child(ren), family or household member]: _____

[05] ☐ Permit [specify individual(s)]: _____
  entitled by a court order or separation or other written agreement, to visit with [specify child(ren)]: _____
  during the following periods of time [specify]: _____
  under the following terms and conditions [specify]: _____

[12] ☒ Surrender any and all handguns, pistols, revolvers, rifles, shotguns and other firearms owned or possessed, including but not limited to the following  Harrison Police Department  . Such surrender shall take place immediately, but in no event later than [specify date/time]:  Immediately  Immediately
[99] ☒ Specify other conditions  No direct or indirect contact with complainant. Do not direct a third party to contact Ms. Saenz on your behalf.

IT IS FURTHER ORDERED that the above-named Defendant's license to carry, possess, repair, sell or otherwise dispose of a firearm or firearms, if any, pursuant to Penal Law 400.00, is hereby [13A] ☐ suspended or [13B] ☐ revoked (note: final order only), and/or [13C] ☐ the Defendant shall remain ineligible to receive a firearm license during the period of this order. (Check all applicable boxes).
IT IS FURTHER ORDERED that this order of protection shall remain in effect until  September 28, 2008
(specify date)

DATED:  September 28, 2007

☒ Defendant advised in Court of issuance of Order.
  Received by Defendant  _TANCREDI 57/103_
  (Defendant's signature)

JUDGE / JUSTICE
Court (Court Seal)

☐ Service Executed  Date: _____ Time: _____    ☐ Warrant issued for Defendant

The Criminal Procedure Law provides that presentation of a copy of this order of protection to any police officer or peace officer acting pursuant to his or her special duties shall authorize and in some situations may require, such officer to arrest a defendant who is alleged to have violated its terms and to bring him or her before the Court to face whatever penalties may be imposed therefor.
Federal law provides that this order must be honored and enforced by state and tribal courts, including courts of a state the District of Columbia, a commonwealth, territory or possession of the United States, if it is established that the person against whom the order is sought has been or will be afforded reasonable notice and opportunity to be heard in accordance with state law sufficient to protect that person's rights (18 U.S.C. 2265, 2266).

It is a federal offense to: cross state lines to violate an order of protection; cross state lines to engage in stalking, harassment or domestic violence against an intimate partner or family member; possess, purchase, ship, transfer or receive a handgun, rifle, shotgun or other firearm or ammunition following a conviction of a domestic violence misdemeanor involving the use or attempted use of physical force or a deadly weapon; or (except for military or law enforcement offices while on duty) possess, purchase, ship, transfer or receive a handgun, rifle, shotgun or other firearm or ammunition while an order of protection, issued after notice and an opportunity to be heard that protects an intimate partner against assault, harassment, threatening and/or stalking, remains in effect(18USC 922(g)(8,9),2261,2261A,2262).

| | |
|---|---|
| ORI No: NY0596615 | Criminal Form 2 10/02 |
| Order No: | |
| NYSID No: | |

At a term of the Harrison _____ County _____ Court
at the Courthouse at (address) Heineman Place, _____ State of New York

Present: Hon. **Marc J. Lust**

People of the State of New York
-against-

**Ralph A. Tancredi**
Defendant
Date of Birth: **3/20/65**

ORDER OF PROTECTION
Non-Family Offense – C.P.L. 530.13
(Not involving victims of domestic violence)
☐ Youthful Offender (check if applicable)
Part ____ Index/Docket No. **0708-0623**
Indictment No., if any: ____
Charges **Harassment** **2nd**
(Check one): ☒ Ex parte
☐ Defendant Present in Court

NOTICE: YOUR FAILURE TO OBEY THIS ORDER MAY SUBJECT YOU TO MANDATORY ARREST AND CRIMINAL PROSECUTION, WHICH MAY RESULT IN YOUR INCARCERATION FOR UP TO SEVEN YEARS FOR CONTEMPT OF COURT. IF THIS IS A TEMPORARY ORDER OF PROTECTION AND YOU FAIL TO APPEAR IN COURT WHEN YOU ARE REQUIRED TO DO SO, THIS ORDER MAY BE EXTENDED IN YOUR ABSENCE AND CONTINUE IN EFFECT UNTIL YOU REAPPEAR IN COURT.

☒ **TEMPORARY ORDER OF PROTECTION.** Whereas good cause has been shown for the issuance of a temporary order of protection [as a condition of ☒ recognizance ☐ release on bail ☐ adjournment in contemplation of dismissal],
☐ **ORDER OF PROTECTION.** Whereas defendant has been convicted of [specify crime or violation]: _____

and the Court having made a determination in accordance with section 530.13 of the Criminal Procedure Law,
IT IS HEREBY ORDERED that the above-named defendant observe the following conditions of behavior:
(Check applicable paragraphs and subparagraphs):

☒ Stay away from ☒ [name(s) of protected person(s) or witness(es)]: **Joshua D. Clark** dob **6/30/81**
and/or from the
☒ home of _____ "
☐ school of _____ "
☒ business of _____ "
☒ place of employment of _____ "
☐ other _____ "

☒ Refrain from communication or any other contact by mail, telephone, e-mail, voice-mail or other means with [specify protected person(s)]: **Joshua D. Clark**

☒ Refrain from assault, stalking, harassment, menacing, reckless endangerment, disorderly conduct, intimidation, threats or any criminal offense or interference with the victim or victims of, or designated witnesses to, the alleged offense and such members of the family or household of such victim(s) or witness(es) as shall be specifically named [specify]: **Joshua D. Clark**

☒ Surrender any and all handguns, pistols, revolvers, rifles, shotguns and other firearms owned or possessed, including, but not limited to, the following: **Harrison P.D.** _____ . Such surrender shall take place immediately, but no later than [specify date/time]: _____ at: _____

☐ Specify other conditions defendant must observe: _____

IT IS FURTHER ORDERED that the above-named Defendant's license to carry, possess, repair, sell or otherwise dispose of a firearm or firearms, if any, pursuant to Penal Law §400.00, is hereby ☐ suspended or ☐ revoked (note: final order only), and/or ☐ the Defendant shall remain ineligible to receive a firearm license during _____ the period of this order. (Check all applicable boxes). NOTE: If this paragraph is checked, a copy of this form must be sent to: New York State Police, Pistol Permit Section, State Campus Building #22, 1220 Washington Avenue, Albany, New York 12226-2252.

IT IS FURTHER ORDERED that this order of protection shall remain in effect until **8/12/08**

DATED: **9/5/07**

_____
JUDGE / JUSTICE
COURT (COURT SEAL)

☐ Defendant advised in Court of issuance of Order.
Received by Defendant _____ **R. Tancredi SD103**
(signature)
☐ Service Executed Date: _____ Time: _____ ☐ Warrant issued for Defendant

The Criminal Procedure Law provides that presentation of a copy of this order of protection to any police officer or peace officer acting pursuant to his or her special duties shall authorize, and in some situations may require, such officer to arrest a defendant who has violated its terms and to bring him or her before the Court to face whatever penalties may be imposed therefor.

Federal law provides that this order must be honored and enforced by state and tribal courts, including courts of a state, the District of Columbia, a commonwealth, territory or possession of the United States, if it is established that the person against whom the order is sought an intimate partner of the protected party and has been or will be afforded reasonable notice and opportunity to be heard in accordance with state law sufficient to protect that person's rights (18 U.S.C. §§2265, 2266).

It is a federal offense to: cross state lines to violate an order of protection; cross state lines to engage in stalking, harassment or domestic violence; possess, purchase, ship, transfer or receive a handgun, rifle, shotgun or other firearm or ammunition following a conviction of a domestic violence misdemeanor involving the use or attempted use of physical force or a deadly weapon; or (except for military or law enforcement officers while on duty) possess, purchase, ship, transfer or receive a handgun, rifle, shotgun or other firearm or ammunition while an order of protection, issued after notice and an opportunity to be heard, that protects an intimate partner from assault, harassment, threatening and/or stalking, remains in effect (18 U.S.C. §§922(g)(8), 922(g)(9), 2261, 2261A, 2262).

---

¹ Use this form for non-family offense orders of protection, issued pursuant to CPL §530.13, that are not issued to protect victims of domestic violence, as defined by Social Services Law §459-a and thus are not entered onto the statewide domestic violence registry. See Exec. L. §221-a(1); CPL §530.13.