UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

RALPH TANCREDI,

                     Plaintiff,                  07 Civ. 7485 (WCC)

    -against-

DAVID HALL, individually, VINCENT          **NOTICE OF VOLUNTARY**
MUSSOLINO, individually, EDWARD           **DISMISSAL WITHOUT**
LUCAS, individually, RICHARD "DOE"          **PREJUDICE**
and LAWRENCE "DOE",

                     Defendants.

------------------------------------------------------------x

    PLEASE TAKE NOTICE that Plaintiff RALPH TANCREDI, by his attorneys Lovett & Gould, LLP, hereby voluntarily dismisses this action without prejudice in accordance with FRCP 41(a)(1)(A)((i).

Dated: White Plains, N.Y.
          January 7, 2008

                                                      LOVETT & GOULD, LLP
                                                      By:
                                                      Jonathan Lovett (4854)
                                                      222 Bloomingdale Road
                                                      White Plains, N.Y. 10605
                                                      914-428-8401