*ORIGINAL*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

RALPH TANCREDI,

                       Plaintiff,

         -against-

DAVID HALL, individually, VINCENT
MUSSOLINO, individually, EDWARD
LUCAS, individually, RICHARD "DOE"
and LAWRENCE "DOE",

                   Defendants.

-----------------------------------------------------------x

07 Civ. 7485 (WCC)

ECF CASE

**NOTICE OF VOLUNTARY
DISMISSAL WITHOUT
PREJUDICE**
AND ORDER

PLEASE TAKE NOTICE that Plaintiff RALPH TANCREDI, by his attorneys

Lovett & Gould, LLP, hereby voluntarily dismisses this action without prejudice in

accordance with FRCP 41(a)(1)(A)((i).

Dated: White Plains, N.Y.
      January 7, 2008

                       LOVETT & GOULD, LLP
                       By:
                       Jonathan Lovett (4854)
                       222 Bloomingdale Road
                       White Plains, N.Y. 10605
                       914-428-8401

SO ORDERED.
Dated: Jan. 11, 2008
     White Plains, NY

William C. Conner
WILLIAM C. CONNER, Senior U.S.D.J.

COPIES MAILED TO COUNSEL OF RECORD for ΔsG
HND E-MAILED TO π COUNSEL